**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1)  SHEPPARD & SONS CONSTRUCTION, INC., | |
| Plaintiff, | Case Number:  CIV-15-1216-D |
| v. | |
| (1)  ESSEX INSURANCE COMPANY, Defendant. | |

## JOINT STIPULATION FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, by and through their respective undersigned counsel, and hereby announce to this Court that this matter has been fully and finally settled.  Pursuant to Fed. R. Civ. P. 41(a), and in accordance with the terms of their confidential settlement agreement, the parties hereby submit this Stipulation to dismiss with prejudice all claims commenced within this action, including without limitation any and all counterclaims, crossclaims, and third-party claims.  Except as provided in the parties' confidential settlement agreement, the parties herein shall bear their own costs and attorneys' fees accrued for this action.

Respectfully submitted,


　　　/s/Tyler J. Coble
Tim N. Cheek – OBA #11257
D. Todd Riddles – OBA #15143
Gregory D. Winningham – OBA #22773
Tyler J. Coble – OBA #30526
CHEEK LAW FIRM, PLLC
311 North Harvey Avenue
Oklahoma City, Oklahoma  73102
Telephone: (405) 272-0621

1

Facsimile: (405) 232-1707
tcheek@cheeklaw.com
triddles@cheeklaw.com
gwinningham@cheeklaw.com
tcoble@cheeklaw.com

-and-

Steven D. Pearson (*Pro Hac Vice*)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone:  (312) 474-7900
Facsimile:  (312) 474-7898
ATTORNEYS FOR DEFENDANT
ESSEX INSURANCE COMPANY


    /s/Mark R. McPhail
(    /s/Tyler J. Coble         )
(*Signed and filed with consent of counsel*)
Mark R. McPhail – OBA #15307
SPRADLING, KENNEDY & McPHAIL, LLP
1601 NW Expressway, Suite 1750
Oklahoma City, OK  73118
Telephone:  (405) 418-2700
Facsimile:  (405) 418-2705
mrmcphail@spradlinglaw.com
ATTORNEY FOR PLAINTIFF
SHEPPARD & SONS CONSTRUCTION, INC.